# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 21-12860-AMC

RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

Date: 1/26/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee