United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12860-amc |
| Richard E Walker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard E Walker, 3342 Upper Valley Road, Parkesburg, PA 19365-1621 |
| 14659961 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14662740 | + | The Bank of New York Mellon, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2022 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2022 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14644120 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 23:42:52 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14645772 | + | Email/Text: bankruptcy@cavps.com | Mar 01 2022 23:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14644121 | + | Email/Text: bankruptcycollections@citadelbanking.com | Mar 01 2022 23:43:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14644122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2022 23:43:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14644123 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2022 23:43:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14644124 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:43:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14644125 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2022 23:43:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14644126 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2022 23:43:00 | Shellpoint, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14644127 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:53:23 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14666225 | | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2022 23:43:00 | THE BANK OF NEW YORK MELLON, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2022                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH F. CLAFFY | on behalf of Debtor Richard E Walker claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-BC5 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| RICHARD E WALKER | |
| Debtor | Bankruptcy No. 21-12860-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: 03/01/22

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JOSEPH F CLAFFY, ESQ
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382-

Debtor:
RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365